UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DENNIS MAURICIO ORTIZ-BARDALES,<br>Defendant. | Case No. 22-cr-00044-SI-1<br><br>**DETENTION ORDER** |

In this presumption case, and following a hearing on February 28, 2022, the court ordered the defendant detained as a danger to the community and as a flight risk. The presumption shifts a burden of production to a defendant, but the burden of persuasion remains with the government. *United States v. Hir*, 517 F.3d 1081, 1086 (9th Cir. 2008). The government must establish the risk of non-appearance by a preponderance of the evidence, and it must establish danger to the community by clear and convincing evidence. 18 U.S.C. § 3142(f)(2)(B); *United States v. Motamedi*, 767 F.2d 1403, 1407 (9th Cir. 1985). The government has met its burden.

In reaching this conclusion, the court considered the parties' proffers and submissions, the charging document, Pretrial Services' report, and the factors set forth in 18 U.S.C. § 3142(g). The court explained its reasons at the hearing, but in short, the circumstances of the case — including the gun, the ammunition, the drugs, and the criminal history — do not allow the court to fashion conditions to address the danger to the community or risk of non-appearance.

ORDER – No. 22-cr-00044-SI-1

This finding is made without prejudice to the defendant's right to seek review of the defendant's detention or file a motion for reconsideration if circumstances warrant it.

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. *See* 18 U.S.C. § 3142(i)(2). The defendant must be afforded a reasonable opportunity to consult privately with counsel. *See id.* § 3142(i)(3). On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for a court appearance. *See id.* § 3142s(i)(4).

**IT IS SO ORDERED.**

Dated: February 28, 2022



LAUREL BEELER
United States Magistrate Judge